Center for Disability Access
Russell Handy, Esq., SBN 195058
Raymond G. Ballister, Jr., SBN 111282
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 5:21-cv-08403-SVK |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| **Zale Delaware, Inc.; ;** ; and Does 1-10, | |
| Defendants | Complaint Filed: 10/29/2021 |

PLEASE TAKE NOTICE that Elliott Montgomery is no longer with the firm Center for Disability Access, 100 Pine Street, Suite 1250 San Francisco, CA 94111. Plaintiff requests that Elliott Montgomery be removed from the docket of this case. At least one member of the Center for Disability Access will continue to serve as counsel of record for the Plaintiff.

Dated: June 13, 2022

CENTER FOR DISABILITY ACCESS

By: ___/s/ Russell Handy_____

Russell Handy, Esq.

Attorneys for Plaintiff

-1-